UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MADRIZ, an individual; JOSE LUIS MELGOSA MADRIZ, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KING CITY, et al.,<br><br>　　　　Defendants. | Case No. 5:13-CV-05096-EJD<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; GRANTING DEFENDANTS' MOTION TO STRIKE**<br><br>[Re: Docket Item Nos. 27, 48] |

　　　　Presently before the Court are Monterey County Defendants' Motion to Dismiss Plaintiffs' Complaint and Motion to Strike Plaintiffs' First Amended Complaint. Having fully reviewed the parties' papers and after hearing oral argument, the Court will GRANT Defendants' motions.

　　　　The Motion to Dismiss is granted with leave to amend. If Plaintiffs wish to amend the Complaint, the Court orders that it be filed within 15 days of the date of this order.

**IT IS SO ORDERED**

Dated: May 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 5:13-CV-05096-EJD
ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; GRANTING DEFENDANTS' MOTION TO STRIKE