UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS MADRIZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KING CITY POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 5:13-cv-05096-EJD<br><br>**ORDER DEFERRING RULING ON DEFENDANTS' ADMINISTRATIVE MOTION TO ASSIGN CASE TO COURT'S ADR PROGRAM**<br><br>Re: Dkt. No. 99 |

Presently before the court is Defendants County of Monterey, et al.'s ("County of Monterey") Administrative Motion to Assign Case to Court's ADR Program. See Dkt. No. 99. County of Monterey seeks a court order referring this case to the court's ADR program for the purposes of scheduling and conducting a mediation. Id. at 4.

Given the circumstances, it is appropriate for the parties to participate in an ADR phone conference to determine the best course of action. Therefore, IT IS ORDERED that the parties shall file the form entitled "Notice of Need for ADR Phone Conference" within 10 days of the date of this Order. After completing the ADR phone conference, the parties shall file a brief report informing the court of their course of action. A ruling on the instant motion is DEFERRED until the parties inform the court of the results of the ADR phone conference.

**IT IS SO ORDERED.**

Dated: March 6, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:13-cv-05096-EJD
ORDER DEFERRING RULING ON DEFENDANTS' ADMINISTRATIVE MOTION TO ASSIGN CASE TO COURT'S ADR PROGRAM