1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6    JOSE LUIS MADRIZ, et al.              Case No.  13-cv-05096-EJD   (ADR)

7                Plaintiffs,

8         v.                              **ORDER RE: ATTENDANCE AT MEDIATION**

9    KING CITY POLICE DEPARTMENT, et      Date:  June 5, 2015
     al.,                                 Mediator:  Randolph Hall
10
                 Defendants.
11

12

13         IT IS HEREBY ORDERED that the request to allow Commander Johnathon Thornburg,

14   Commander Garrett Sanders and a member of the Monterey County SWAT gas team to appear in

15   lieu of requiring that all of the Monterey County Sheriff's Office defendants appear in person at

16   the June 5, 2015, mediation before Randolph Hall is GRANTED.  Provided that Commanders

17   Thornburg and Sanders, and the SWAT gas team member attend the session, the remaining

18   Monterey County defendants need not participate in the mediation.

19         **IT IS SO ORDERED**.

20   Dated: May 29, 2015

21                                        _____
                                          Maria-Elena James
22                                        United States Magistrate Judge

23

24

25

26

27

28

United States District Court
Northern District of California