UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS MADRIZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONTEREY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  5:13-cv-05096-EJD<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Pursuant to ADR Local Rule 7-2, the above-entitled action is REFERRED to Magistrate Judge Howard R. Lloyd for a settlement conference to occur at 9:30 a.m. on March 9, 2016.

**IT IS SO ORDERED.**

Dated:  March 8, 2016

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:13-cv-05096-EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE