UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS MADRIZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>MONTEREY SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 5:13-cv-05096-EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the parties' joint statement (Dkt. No. 190) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for April 7, 2016, is CONTINUED to **10:00 a.m. on May 12, 2016**. On or before **May 5, 2016**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of the settlement and the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **May 5, 2016.**

**IT IS SO ORDERED.**

Dated:  April 1, 2016

                                    EDWARD J. DAVILA<br>
                                    United States District Judge